**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

**JUSTIN M. BLAISDELL**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:07MJ30/MD

**AFPD TOM KEITH**
Defendant's Attorney

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34 | Driving With Suspended License Without Knowledge | 10/18/06 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence - 2/27/07

*[signature]*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 3-1-2007

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 MAR -1 AM 11: 31

FILED